**Jacob H. Krause, appellant, v. David Goldman et al., appellees. Gen. No. 6,670.**

Suit to enjoin violation of contract of sale of business and good-

will. Dismissal for want of equity. Appeal from the Circuit Court of Winnebago county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 14, 1919.

Fisher, North, Welsh & Linscott and E. M. St. John, for appellant. Reynolds & Reckhow and Charles W. Ferguson, for appellees.

Mr. Justice Dibell delivered the opinion of the court.